FILED & ENTERED

JAN 14 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell  DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

In re:

IMPERIAL STANDARD LLC,

                                        Debtor.

Case No. 2:20-bk-15086-RK

Chapter 7

**ORDER DENYING DEBTOR'S MOTION TO IMPOSE OR CONTINUE THE AUTOMATIC STAY**

This bankruptcy case came on for hearing before the court on September 9, 2020 on debtor's motion to reimpose the automatic stay in this case.  Appearances were made as noted on the record.  For the reasons stated on the record and in the court's tentative ruling on the matter posted on the court's website before the hearing (copy attached hereto), the motion is denied.

IT IS SO ORDERED.        ###

Date: January 14, 2021

Robert Kwan
United States Bankruptcy Judge

1

## ATTACHMENT – TENTATIVE RULING

2

3

Revised and updated tentative ruling as of 9/8/2020 at 6:00 p.m.  Deny debtor's motion to reimpose automatic stay. The statutory provision cited in the motion as the basis for relief, 11 U.S.C. 362(c)(4), to impose or continue the automatic stay is inapplicable since that statute applies to individual debtors who have had 2 or more bankruptcy cases pending within the previous year, but were dismissed.  In any event, in this case involving a nonindividual debtor, the automatic stay was lifted by the court's order entered on 8/21/20, which became final on 9/4/20.  Once the automatic stay has been lifted, it cannot be "reinstated."  *In re Canter,* 299 F.3d 1150, 1155 n. 1 (9th Cir. 2002).  Equivalent relief by request for an injunction pursuant to 11 U.S.C. § 105(a) may be available, but only by adversary proceeding.  *In re Wallace,* 2012 WL 202586 at *2 (Bankr. D. Idaho 2012) (to the extent that debtors sought reimposition of a stay that had been lifted, this would be injunctive relief, and "injunctive relief must be sought by an adversary proceeding, see Fed. R. Bankr.P. 7001(7), and the several requirements for injunctive relief under Fed. R. Civ. P. 65, incorporated by Fed. R. Bankr.P. 7065, must be satisfied."); *In re Little,* 2007 WL 9775631, 2007 U.S. Dist. LEXIS 117003 at *7-9 (W.D. Wash. 2007).

4

5

6

7

8

9

10

11

12

Similarly, Debtor's Motion to Convert, even if it was being heard on shortened time, does not impact the stay relief order nor reimpose the automatic stay.  *In re Winner,* 2020 WL 3634259 at *2 (Robles, J.) (Bankr. C.D. Cal. 2020); *In re Ramirez,* 188 B.R. 413, 415 (Klein, J., concurring) (9th Cir. BAP 1995) (noting that in order to "have a vacated stay 'reimposed,'" one must file an adversary proceeding seeking an injunction [FRBP 7065] or a motion for reconsideration under FRCP 59(e) or 60).

13

14

15

16

Appearances are required on 9/9/20, but counsel and self-represented parties must appear by telephone.

17

18

19

20

21

22

23

24

25

26

27

28